A CERTIFIED TRUE COPY
ATTEST
By Jakeia Mells on Dec 03, 2008
FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Filed: 12/3/08
Lead 08cv7082
Judge: Kennelly
Magistrate Judge: Brown

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 03, 2008

FILED
CLERK'S OFFICE

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION

MDL No. 1997

## TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiffs in actions pending in the Northern District of Illinois, the Eastern District of Louisiana, and the District of District of Columbia have moved, pursuant to 28 U.S.C. § 1407, for coordinated or consolidated pretrial proceedings of this litigation as follows: (1) plaintiffs in two Northern District of Illinois actions have moved for centralization in the Northern District of Illinois or, alternatively, the District of New Jersey; (2) plaintiffs in the Eastern District of Louisiana action have moved for centralization in the Eastern District of Louisiana or, alternatively, the Northern District of Ohio; and (3) plaintiff in one District of District of Columbia action has moved for centralization in the District of District of Columbia. Responding plaintiffs and defendants agree that centralization is appropriate and variously support one or more of the suggested transferee districts or the following districts: the Eastern District of Pennsylvania, the District of Puerto Rico, or the Western District of Washington.

This litigation currently consists of sixteen actions listed on Schedule A and pending in twelve districts: three actions in the Northern District of Illinois; two actions each in the District of District of Columbia and the Southern District of Mississippi; and one action each in the Eastern District of Arkansas, the District of Kansas, the Eastern District of Louisiana, the District of New Jersey, the Northern District of Ohio, the Eastern District of Pennsylvania, the District of Puerto Rico, the Eastern District of Texas, and the Northern District of Texas.[1]

On the basis of the papers filed and hearing session held, we find that these actions involve common questions of fact, and that centralization under Section 1407 in the Northern District of Illinois will serve the convenience of the parties and witnesses and promote the just and efficient

---

[*] Judge Motz and Judge Miller did not participate in the disposition of this matter.

[1] The Panel has been notified that fifteen additional related actions have been filed: three actions in the Northern District of Illinois; two actions each in the District of Kansas and the Eastern District of New York; and one action each in the Northern District of Alabama, the District of Arizona, the Northern District of California, the Southern District of Illinois, the Southern District of Mississippi, the District of Nevada, the District of Puerto Rico, and the Western District of Washington. These actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001).

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN
DISTRICT OF ILLINOIS
DATE: DECEMBER 12, 2008

conduct of this litigation. These actions share factual questions relating to allegations that defendants conspired to fix, raise, maintain, and stabilize the price of text messaging services sold in the United States in violation of the Sherman Antitrust Act. Centralization under Section 1407 will eliminate duplicative discovery; prevent inconsistent pretrial rulings, especially with respect to class certification; and conserve the resources of the parties, their counsel and the judiciary.

We are persuaded that the Northern District of Illinois is an appropriate transferee forum for this litigation. This district, where six actions are now pending, provides a relatively central forum for this nationwide litigation. In addition, Judge Matthew F. Kennelly has the time and experience to steer this docket on a prudent course.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions listed on Schedule A and pending outside the Northern District of Illinois are transferred to the Northern District of Illinois and, with the consent of that court, assigned to the Honorable Matthew F. Kennelly for coordinated or consolidated pretrial proceedings with the actions pending there.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

J. Frederick Motz[*]          Robert L. Miller, Jr.[*]
Kathryn H. Vratil             David R. Hansen
W. Royal Furgeson, Jr.

IN RE: TEXT MESSAGING ANTITRUST
LITIGATION                                                          MDL No. 1997

## SCHEDULE A

### Eastern District of Arkansas

Tina L. Dillinger v. AT&T, Inc., C.A. No. 4:08-3008                 08cv7083

### District of District of Columbia
                                                                    08cv7084
Kim A. Cosgrove v. Verizon Wireless, et al., C.A. No. 1:08-1575     08cv7085
Marie Fernandez v. Verizon Wireless, et al., C.A. No. 1:08-1621

### Northern District of Illinois

Vaughanzella Smith-Howard, et al. v. AT&T, Inc., et al., C.A. No. 1:08-5198
Kevin Konkel, et al. v. AT&T, Inc., et al., C.A. No. 1:08-5353
Mathieu Brousseau, et al. v. AT&T, Inc., et al., C.A. No. 1:08-5401

### District of Kansas
                                                                    08cv7086
Lourdes Leslie v. Sprint Nextel Corp., et al., C.A. No. 2:08-2432

### Eastern District of Louisiana

Andee Roussel, et al. v. AT&T Mobility, LLC, et al., C.A. No. 2:08-4408   08cv7087

### Southern District of Mississippi
                                                                    08cv7088
Rodney Cain v. AT&T Mobility, LLC, et al., C.A. No. 1:08-632        08cv7089
Kenny Knight, et al. v. AT&T Mobility LLC, et al., C.A. No. 3:08-592

### District of New Jersey

Cuneo-Leider Management & Development Corp. v. Verizon Wireless, et al.,   08cv7090
   C.A. No. 3:08-4621

### Northern District of Ohio

Susan Orians, et al. v. AT&T, Inc., et al., C.A. No. 3:08-2191      08cv7091

**MDL No. 1997 Schedule A (Continued)**

### Eastern District of Pennsylvania

Mark Reinhart v. Verizon Wireless, Inc., et al., C.A. No. 5:08-4607    08cv7092

### District of Puerto Rico

Luis A. Maldonado-Mercado v. Verizon Wireless, Inc., et al., C.A. No. 3:08-2100    08cv7093

### Eastern District of Texas

Joseph F. Clark v. Verizon Wireless, et al., C.A. No. 1:08-549    08cv7094

### Northern District of Texas

Christiane Trujillo v. Verizon Wireless, et al., C.A. No. 3:08-1628    08cv7095

# Judicial Panel on Multidistrict Litigation - Panel Attorney Service List
## for
## MDL 1997 - IN RE: Text Messaging Antitrust Litigation

*** Report Key and Title Page ***

Please Note: This report is in alphabetical order by the last name of the attorney. A party may not be represented by more then one attorney. See Panel rule 5.2(c).

**Party Representation Key**
   * Signifies that an appearance was made on behalf of the party by the representing attorney.
   # Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
   All counsel and parties no longer active in this litigation have been suppressed.

**This Report is Based on the Following Data Filters**
   Docket: 1997 - Text Messaging AT
   For Open Cases

Docket: 1997 - IN RE: Text Messaging Antitrust Litigation
Status: Transferred on 12/03/2008
Transferee District: ILN　　　Judge: Kennelly, Matthew F.　　　　　　　　　　　　　　　　　　　　Printed on 12/03/2008

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| ALLTEL Corp.,<br>One Allied Drive<br>Little Rock, AR 72202 | =><br>ALLTEL Corp. |
| Becnel, Jr, Daniel E.<br>BECNEL LAW FIRM LLC<br>106 West Seventh Street<br>P.O. Drawer H<br>Reserve, LA 70084 | =>**Phone: (985) 536-1186　Fax: (985) 536-6445　Email: dbecnel@becnellaw.com**<br>Hotard, Katie*; Roussel, Andee* |
| Butswinkas, Dane H.<br>WILLIAMS & CONNELLY LLP<br>725 12th Street, N.W.<br>Washington, DC 20005 | =>**Phone: (202) 434-5110　Fax: (202) 434-5029　Email: dbutswinkas@wc.com**<br>Sprint Nextel Corp.* |
| Clobes, Bryan L.<br>CAFFERTY FAUCHER LLP<br>1717 Arch Street<br>Suite 3610<br>Philadelphia, PA 19103 | =>**Phone: (215) 864-2800　Fax: (215) 864-2810　Email: bclobes@caffertyfaucher.com**<br>Dolatowski, Kathryn* |
| Coffman, Richard L.<br>COFFMAN LAW FIRM<br>First City Building<br>505 Orleans Street<br>Suite 505<br>Beaumont, TX 77701 | =>**Phone: (409) 833-7700　Fax: (866) 835-8250　Email: rc@cofflaw.com**<br>Clark, Joseph F.*; Trujillo, Christiane* |
| Fait, Mary Jane<br>WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC<br>55 West Monroe Street<br>Suite 1111<br>Chicago, IL 60603 | =>**Phone: (312) 984-0000　Fax: (312) 984-0001　Email: fait@whafh.com**<br>Marshall, Julian*; Polk, Rita*; Polk-Stamps, Melanie*; Smith-Howard, Vaughanzella* |
| Frederick, Thomas J.<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive, 45th Floor<br>Chicago, IL 60601 | =>**Phone: (312) 558-5983　Fax: (312) 558-5700　Email: tfrederick@winston.com**<br>Cellco Partnership dba Verizon Wireless*; Verizon Communications, Inc.* |
| Germaine, David P.<br>VANEK VICKERS & MASINI PC<br>111 South Wacker Drive<br>Suite 4050<br>Chicago, IL 60606 | =>**Phone: (312) 224-1505　Fax: (312) 224-1510　Email: dgermaine@vaneklaw.com**<br>Fernandez, Marie* |
| Hockett, Christopher B.<br>DAVIS POLK & WARDWELL<br>1600 El Camino Real<br>Menlo Park, CA 94025 | =>**Phone: (650) 752-2000　Fax: (650) 752-2111　Email: chris.hockett@dpw.com**<br>T-Mobile USA, Inc.* |

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|

Kilsheimer, Richard J.
KAPLAN FOX & KILSHEIMER LLP
850 Third Avenue
14th Floor
New York, NY 10022

=>**Phone: (212) 687-1980  Fax: (212) 687-7714  Email: rkilsheimer@kaplanfox.com**
Cosgrove, Kim A.*

Love, Kevin Bruce
CRIDEN & LOVE PA
7301 S.W. 57th Court
Suite 515
South Miami, FL 33143

=>**Phone: (305) 357-9000  Fax: (305) 357-9050  Email: klove@cridenlove.com**
Leslie, Lourdes*

Lovell, Christopher
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
Floor 58
New York, NY 10110

=>**Phone: (212) 608-1900  Fax: (212) 719-4775  Email: clovell@lshllp.com**
Cuneo-Leider Management & Development Corp.*

Miller, Marvin Allen
MILLER LAW LLC
115 South LaSalle Street
Suite 2910
Chicago, IL 60603

=>**Phone: (312) 332-3400  Fax: (312) 676-2676  Email: mmiller@millerlawllc.com**
Brousseau, Mathieu; Konkel, Kevin; McLaughlin, Laurie; Premiere Investment Consulting; Robb, Jeffrey; Smith, Elizabeth

Nast, Dianne M.
RODANAST PC
801 Estelle Drive
Lancaster, PA 17601

=>**Phone: (717) 892-3000  Fax: (717) 892-1200  Email: dnast@rodanast.com**
Reinhart, Mark*

Penton, Ronnie G.
LAW OFFICE OF RONNIE G PENTON
209 Hoppen Place
Bogalusa, LA 70427

=>**Phone: (985) 732-5651  Fax: (985) 735-5579  Email: dischilling@rgplaw.com**
Cain, Rodney*

Poynter, Scott E.
EMERSON POYNTER LLP
The Museum Center
500 President Clinton Avenue
Suite 305
Little Rock, AR 72201

=>**Phone: (501) 907-2555  Fax: (501) 907-2556  Email: scott@emersonpoynter.com**
Dillinger, Tina L.*

Salas, III, Camilo K.
SALAS & CO LC
650 Poydras Street
Suite 1660
New Orleans, LA 70130

=>**Phone: (504) 799-3080  Fax: (504) 799-3085  Email: csalas@salaslaw.com**
Maldonado-Mercado, Luis A.*

Sweet, III, Dennis C.
WILLIAMS GRUBBS
158 E. Pascagoula Street
Jackson, MS 39201

=>**Phone: (601) 965-8700  Fax: (601) 965-8719**
Knight, Kenny*; Williams, Bonnie*

Note: Please refer to the report title page for complete report scope and key.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
|---|---|
| T-Mobile International AG,<br>Landgrabenweg 151<br>53227 Bonn, Germany | =><br>T-Mobile International AG |
| Treece, John W.<br>SIDLEY AUSTIN LLP<br>One South Dearborn Street<br>Chicago, IL 60603 | => **Phone: (312) 853-2937 Fax: (312) 853-7036 Email: jtreece@sidley.com**<br>AT&T Mobility, LLC*; AT&T, Inc.* |
| Verizon Wireless,<br>One Verizon Way<br>Basking Ridge, NJ 07920 | =><br>Verizon Wireless; Verizon Wireless, Inc. |
| Vodafone Group PLC,<br>Vodafone House<br>The Connections<br>Newbury, Berkshire RG14 2FN England | =><br>Vodafone Group PLC |
| Zoll, David W.<br>ZOLL KRANZ & BORGESS LLC<br>6620 West Central Avenue<br>Suite 200<br>Toledo, OH 43617 | => **Phone: (419) 841-9623 Fax: (419) 841-9719 Email: david@toledolaw.com**<br>Flores, Zac*; Kastel, Kim*; Kastel, Kristen*; Keener, Mecca*; Orians, Susan*; Reaster, James*; Weaver, Brandon* |

Note: Please refer to the report title page for complete report scope and key.